**SUB**
ESTEBAN-TRINIDAD LAW, P.C.
M. Lani Esteban-Trinidad
Nevada Bar No. 6967
4315 N. Rancho Drive, Ste. 110
Las Vegas, Nevada 89130
Telephone: (702) 736-5297
Fax: (702) 736-5299

Attorney for Defendants/ Plaintiffs
STEPHEN MARCUS aka
MARK ERICKSON aka
JULIAN KANE and CLOVER GIFTS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AIRS FRAGRANCE PRODUCTS, INC., and MINE HAKIM,<br>　　　　　Plaintiffs,<br>vs.<br>CLOVER GIFTS, INC., PATRICIA LAU, STEPHEN MARCUS aka MARK ERICKSON aka JULIAN KANE,<br>　　　　　Defendants. | Case No. 2:05-cv-00960-RCJ-RJJ<br><br>**CONSOLIDATED WITH**<br><br>Case No. 2:05-cv-1085-RCJ-RJJ |
| CLOVER GIFTS, INC., a Nevada Corporation, and STEPHEN MARCUS, an individual,<br>　　　　　Plaintiffs,<br>vs.<br>AIRS FRAGRANCE PRODUCTS, INC., a Canadian corporation, et al.,<br>　　　　　Defendants. | ORDER |

　　　　PLEASE TAKE NOTICE THAT M. Lani Esteban-Trinidad of the law firm of Esteban-Trinidad Law, PC, moves this Court to remove her from the service system in the above-referenced matter.

　　　　In or about June of 2009, our office withdrew from representation of Defendants/ Plaintiffs Clover Gifts, Inc. and Stephen Marcus aka Mark Erickson aka Julian Kane ("Marcus"). *See* Ex. 1.

-1-

72917.1

1  On October 28, 2009, Duy Thai entered his appearance as counsel for Clover Gifts, Inc.
2  and Mr. Marcus. <u>See</u> Ex. 2.
3  On July 8, 2011, Rachel E. Donn of Meier & Fine, LLC entered her appearance for Clover
4  Gifts, Inc. and Mr. Marcus. <u>See</u> Ex. 3.
5  As M. Lani Esteban-Trinidad and Esteban-Trinidad Law, PC have not been active counsel
6  in this matter since 2009, counsel moved to be removed from the CM/ECF service system.

DATED this 18th day of July, 2011.
**ESTEBAN-TRINIDAD LAW, P.C.**

_____
M. Lani Esteban-Trinidad
Nevada Bar No. 6967
4315 N. Rancho Drive, Ste. 110
Las Vegas, Nevada 89130
Telephone: (702) 736-5297
Fax: (702) 736-5299

Former Attorney for Defendants/ Plaintiffs
STEPHEN MARCUS aka
MARK ERICKSON aka
JULIAN KANE and CLOVER GIFTS, INC.

IT IS SO ORDERED that M. Lani Esteban-Trinidad and Esteban-Trinidad Law, PC shall be removed from the CM/ECF Service System for this case.

DATED: July 26, 2011.

By: _____
UNITED STATES DISTRICT JUDGE

-2-