# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AIRS FRAGRANCE PRODUCTS, INC. et al, <br><br> Plaintiff, <br><br> vs. <br><br> CLOVER GIFTS, INC. et al <br><br> Defendant(s) | Case No.: 2:05-cv-0960 RCJ RJJ <br><br> VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL <br><br> EFFECTIVE JUNE 1, 2004 <br> FILING FEE IS $175.00 |

WILLIAM L. BUUS, Petitioner, respectfully represents to the Court:

1. That Petitioner resides in the City of Brea, County of Orange, State of California.

2. That Petitioner is an attorney at law and a member of the law firm of SCHIFFER & BUUS APC, with offices at 4675 MacArthur Court, Suite 590, Newport Beach, California 92660, (949)825-6140, wbuus@schifferbuus.com.

3. That Petitioner has been retained personally or as a member of the law firm by Stephen Marcus and Airs Aromatics, LLC. to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since December 7, 1995, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United

States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| COURT | ADMITTED | BAR NO. |
|---|---|---|
| United States District Court, Central District of California | 12/07/1995 | 180059 |
| United States Court of Appeals for the Federal Circuit | 12/20/2005 | 180059 |
| United States District Court, Southern District of California | 01/01/2002 | 180059 |
| United States Court of Appeals for the Ninth Circuit | 01/01/2009 | 180059 |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings.

7. Petitioner has not been denied admission to the State Bar of Nevada.

8. Petitioner is a member of good standing in the California State Bar.

9. Neither Petitioner nor any member of Petitioner's firm (or office if the firm has offices in more than one city) with which Petitioner is associated have filed any application to appear as counsel under Local Rule IA 10-2 during the past three (3) years. However, in the interest of full disclosure, on March 19, 2008, Petitioner William L. Buus filed an application to appear pro hac vice which was granted by the US District Court, of Nevada for the Case No. 2:08-CV-0005 LDG GWI.

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct

required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

13. That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
William L. Buus

STATE OF CALIFORNIA    )
COUNTY OF ORANGE       )

WILLIAM LEE BUUS, Petitioner, being first duly sworn, deposes and says that the foregoing statements are true.

_____
William Lee Buus

Subscribed and sworn before me this 8th day of July, 2011.

_____
Patricia Lee Starr, Notary Public

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be the best interests of the client to designate Rachel E. Donn, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is Meier & Fine, LLC, 2300 W. Sahara

3

VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT

Avenue, Suite 430, Las Vegas, Nevada 89102; telephone number (702) 673-1000.

By this designation the Petitioner and undersigned party agrees that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party appoints Rachel E. Donn as its Designated Resident Nevada Counsel in this case.

Airs Fragrance Products, Inc.
By: Stephen Marcus

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Rachel E. Donn, Bar No. 10568

APPROVED:
Dated this 26th day of July, 2011.

UNITED STATES DISTRICT JUDGE

4

VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2011, I electronically filed the foregoing VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL with the Clerk of the Court using ECF which will send notification and a copy of such filing to the following persons:

Kevin N. Anderson
FABIAN & CLENDNIN
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323
Tel. (801) 531-8900
Fax: (801) 596-2814
Email: kanderson@fabianlaw.com

Frank j. Colucci
COLUCCI & UMANS
218 East 50th Street
New York, NY 10022
Tel. (212) 935-5700
Fax (212) 935-5728
Email: fcolucci@colucci-umans.com

Executed on July 14, 2011, at Newport Beach, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ *William L. Buus*            .
William L. Buus